# MEMO ENDORSED



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

*The Grace Building*
*1114 Avenue of the Americas*
*New York, NY 10036-7703*
*t 212 775 8700  f 212 775 8800*

direct dial 212 775 8713
direct fax 212 954 5555
kbrandofino@kilpatricktownsend.com

April 12, 2013

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: APR 1 2 2013

SO ORDERED: 4/12/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**BY E-MAIL**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007
E-Mail: NathanNYSDChambers@nysd.uscourts.gov

Re: *U.S. Bank National Association, solely in its capacity as Trustee, v. Birmingham USPS, LLC, et al.*
12-CV-1515

Dear Judge Nathan:

We are counsel to U.S. Bank National Association successor-in-interest to Bank of America, N.A. etc., plaintiff in the above-referenced action. We write, with the consent of D. James Barton, Esq., counsel to the defendants, and Matthew J. Press, Esq., counsel to the Receiver, to respectfully request an extension of date by which all parties must be ready for trial pursuant to the Civil Case Management Plan and Scheduling Order entered herein from April 15, 2013 until May 15, 2013. No prior extension of this date has been requested.   *So Ordered*

The parties have been engaged in negotiations for a possible settlement of this matter, which have been lengthy and detailed as this matter involves numerous properties, and respectfully submit that this adjournment is necessary to permit the parties to complete negotiations in an effort to come to a resolution. We have attached a Proposed First Amended Civil Case Management Plan and Scheduling Order for the Court's consideration.

We remain available should the Court have any concerns.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
Keith M. Brandofino, Partner

Attachment

4502281V.1 56512/851901

*No further extensions will be granted.*

cc:     D. James Barton, Esq. (By e-mail)
          Matthew J. Press, Esq. (By e-mail)
          Eric J. Berardi, Esq. (By e-mail)
          Tamara A. Daniels, Esq. (By e-mail)